**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| Kentucky Fuel Corporation, | ) | Civil Action No.: |
| Plaintiff, | ) ) | |
| v. | ) ) | **Cover Page for Registration of Judgment from Another District** |
| Celtic Marine Corporation, | ) ) ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Celtic Marine Corporation ("Celtic Marine"), by and through its undersigned counsel, and pursuant to 28 U.S.C.A. § 1963 states:

1. On June 18, 2014, the United States District Court, Eastern District of Louisiana, entered judgment in favor of Defendant Celtic Marine in a cause of action styled <u>Kentucky Fuel Corporation versus Celtic Marine Corporation</u>, Civil Action No. 13-6538, in which Celtic Marine was awarded damages against the Plaintiff Kentucky Fuel Corporation in the amount of $3,100,011.25 plus interest, attorney's fees and costs as further described therein (the "Louisiana Judgment").

2. A certified copy of the Louisiana Judgment is attached as **Exhibit A** and incorporated.

3. On September 15, 2014, the United States District Court, Eastern District of Louisiana, granted Celtic Marine's Motion for Order Permitting Registration of Judgment for Enforcement in South Carolina ("Order Permitting Registration").

1

4. A certified copy of the Order Permitting Registration is attached as **Exhibit B** and incorporated.

**WHEREFORE**, Celtic Marine prays that the Louisiana Judgment be registered in this Court under the authority of 28 U.S.C.A. § 1963, and for such other relief the Court deems just and proper.

s/ Thomas W. Bunch, II
_____

Thomas W. Bunch, II [01597]
Paul H. Hoefer [10437]
ROBINSON, MCFADDEN & MOORE, P.C.
Post Office Box 944
Columbia, SC  29202
(803) 779-8900

Counsel Celtic Marine Corporation

September 29, 2014