UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Kentucky Fuel Corporation, ) | Case No.: 3:14-MC-00302-civ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **SATISFACTION OF JUDGMENT** |
| ) | |
| Celtic Marine Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

FILED: October 30, 2014
NUMBER: 3:14-MC-00302-civ
AMOUNT: $3,100,011.25, plus costs and interest as described therein

TO: THE CLERK OF COURT

The herein captioned Judgment having been paid pursuant to a Settlement Agreement entered between the parties, you are requested and authorized to satisfy and cancel the same of record.

s/ Thomas W. Bunch, II
_____
Thomas W. Bunch, II [1597]
ROBINSON, MCFADDEN & MOORE, P.C.
Post Office Box 944
Columbia, SC  29202
tbunch@robinsonlaw.com
(803) 779-8900

Attorneys for Celtic Marine Corporation

July 8, 2015